UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LANG,<br>　　　　　Plaintiff,<br>　　v.<br>JUDY BARTLETT,<br>　　　　　Defendant. | Case No. 21-cv-03419-DMR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Christopher Lang, representing himself, filed this case in Marin County Superior Court. [Docket No. 1, Notice of Removal, Ex. A.] Defendant Judy Bartlett, sued in her official capacity as the Postmaster of the Fairfax, California branch of the USPS, removed the case to this court and filed a motion to dismiss. [Docket Nos. 1, 6.] Plaintiff's opposition to the motion was due June 3, 2021. Nothing has been filed. Accordingly, by **June 22, 2021**, Plaintiff shall respond in writing and explain why his case should not be dismissed for failure to prosecute. **Failure to timely respond to this order may result in the court dismissing Plaintiff's case.**

Plaintiff also has not consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). With his response, Plaintiff shall complete and file a consent or declination form, available on the court's website at http://cand.uscourts.gov/civilforms. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

The court refers Plaintiff to the section "Representing Yourself" on the court's website, located at http://cand.uscourts.gov/proselitigants, as well as the Court's Legal Help Center for unrepresented parties. The Legal Help Center may be reached by phone at (415)782-8982.

Self-represented parties may now file electronically without first seeking permission from the court. Instructions on how to register for electronic filing may be found at https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/setting-up-my-account/e-filingselfregistration-instructions-for-pro-se-litigants.

**IT IS SO ORDERED.**

Dated: June 8, 2021

_____
Donna M. Ryu
United States Magistrate Judge

