UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUDY BARTLETT,<br><br>　　　　　Defendant. | Case No. 3:21-cv-03419-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING CASE**<br><br>Re: Dkt. Nos. 6, 12 |

Magistrate Judge Ryu issued a report and recommendation that this case be dismissed for the pro se plaintiff's failure to prosecute after several warnings that this consequence would occur and after the plaintiff failed to respond to filings and orders. The plaintiff has not filed objections by the deadline. The report and recommendation (Dkt. No. 12) is ADOPTED in full. The pending motion to dismiss (Dkt. No. 6) is TERMINATED AS MOOT. The case is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: July 13, 2021



William H. Orrick
United States District Judge